**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 02-cr-00201-REB-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

1. EDWARD LEE ROSS,

       Defendant.

## ORDER GRANTING PERMISSION TO RELEASE RECORDS

**Blackburn, J.**

This matter comes before the Court upon report of the Probation Officer concerning the Defendant's conditions of supervision and the Court having determined that records from the United States Probation Office shall be released to the Internal Revenue Service, it is

ORDERED that the United States Probation Office may release any file records that would assist the Internal Revenue Service in a criminal investigation of the defendant.

DATED at Denver, Colorado, this 21st day of November, 2006.

                                                  **BY THE COURT:**

                                                  **s/ Robert E. Blackburn**
                                                  _____
                                                  **Robert E. Blackburn
United States District Judge**